### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JIMMY D. SETTLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. :13-CV-02308-JTM-GLR |
| ) | |
| **MIDLAND FUNDING LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF SETTLEMENT

Defendants Midland Funding LLC, Midland Credit Management, Inc., Ray Sanches, Rachel Doe, Simon Winters, Steve Meadows, Kevin Doe, Mark Doe, and Carol Doe hereby notify the Court that a resolution of this case has been reached in principal with the Plaintiff, Jimmy D. Settle.  Following execution of documents related to that resolution, expected within 60 days, the parties will submit a Stipulation of Dismissal with Prejudice.

Respectfully Submitted,

By: \_\_\_/s/ Daniel R. Luppino_____
    Thomas M. Martin    KS# 13620
    Daniel R. Luppino    KS #25354
    1010 Walnut, Suite 500
    Kansas City, Missouri 64106
    (816) 421-2500 (telephone)
    (816) 472-2500 (facsimile)
    tmmartin@lrf-kc.com
    drluppino@lrf-kc.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on this 13th day of September 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by first class mail, postage prepaid, to the following:

Jimmy D. Settle
3125 West 44th Terr.
Kansas City, KS 66103
PLAINTIFF

                                                __/s/_ Daniel R. Luppino_____
                                                     Attorney for Defendants